IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LEONARD N. BLASZCZYK,

                                                               ORDER

                      Plaintiff,

       v.                                                              10-cv-723-wmc

STEVE LADREMAN,

                      Defendant.
_____

      Plaintiff Leonard Blaszczyk, a prisoner at the Oshkosh Correctional Institution in Oshkosh, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

      Plaintiff's complaint was submitted on November 15, 2010. His trust fund account statement should cover the period beginning approximately May 15, 2010 and ending approximately November 15, 2010. Instead, plaintiff has submitted a non-certified trust fund account statement that only covers a one-month period beginning October 1, 2010 and ending October 31, 2010. If plaintiff wishes to continue with this lawsuit, he will have to supplement his trust fund account statement with an additional statements covering the full six-month period beginning May 15, 2010 and ending November 15, 2010. Plaintiff should show a copy of this

order to prison officials to insure that they are aware they should sent the required trust fund account statement to this court.

## ORDER

IT IS ORDERED that plaintiff may have until December 10, 2010, in which to submit a trust fund account statement for the period beginning May 15, 2010 and ending November 15, 2010. If, by December 10, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 22nd day of November, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge