IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

LEONARD BLASZCZYK,

                                Plaintiff,

     v.

STEVE LADREMAN,

                                Defendant.

ORDER

10-cv-723-wmc

_____

        In an order dated December 6, 2010, I assessed plaintiff an initial partial payment of the filing fee in the amount of $174.80 and gave him until December 23, 2010 in which to submit the payment. Now plaintiff has filed a letter asking the court to use an item called a one million dollar platinum certificate to pay his $174.80 initial partial payment because he cannot afford the filing fee. Plaintiff's request will be denied.

        Upon review of the trust fund account statement that plaintiff submitted with his complaint, his trust fund account balance as of November 24, 2010 is $651.42, which includes $538.10 in his release account. Plaintiff is reminded that if he does not have the money to make the initial partial payment in his regular account, he must arrange with prison authorities to pay some or all of the assessment from his release account. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the $174.80. Plaintiff's deadline to pay his initial partial payment is fast approaching. Therefore, I am willing to allow him an extension of 21 days in which to pay the initial partial filing fee. If, however, by January 10, 2011, plaintiff is unable to pay the initial partial payment, I will consider that he has withdrawn this action and he will not owe the filing fee. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that

1. Plaintiff Leonard Blaszczyk's request to pay his filing fee with a one million dollar platinum certificate is DENIED;

2. Plaintiff may have an enlargement of time to January 10, 2011, in which to submit a check or money order made payable to the clerk of court in the amount of $174.80. If, by January 10, 2011, plaintiff fails to make the initial partial payment, the clerk is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 17th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge